UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Gary D. Adams,<br><br>Debtor | Chapter: | 13 |
|---|---|---|
| | Case No.: | 19-14488-ABA |
| | Judge: | Andrew B. Altenburg, Jr. |
| | Hearing: | March 15, 2022 |

## ORDER DENYING MOTION TO IMPOSE AUTOMATIC STAY

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: March 24, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Gary D. Adams*
*Case No.: 19-14488-ABA*
Order Denying Motion to Impose Automatic Stay
Page | 2

---

**THIS MATTER** having come before the court by a motion styled "Motion to Impose Automatic Stay and to Fix Damages for Willful Violation of Stay" filed by the debtor (Doc. No. 23); and Everbank and Nationstar (the "Respondents") opposed the motion (Doc. No. 28); and after a hearing held March 15, 2022; and

For the reasons set forth on the record and in a Letter Opinion entered simultaneously herewith; and for good cause shown; it is

**ORDERED** that the debtor's Motion to Impose Automatic Stay and to Fix Damages for Willful Violation of Stay is DENIED.