UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Gary D. Adams,

Debtor

Chapter: 13

Case No.: 19-14488-ABA

Judge: Andrew B. Altenburg, Jr.

Hearing: March 15, 2022

Order Filed on March 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER DENYING MOTION TO IMPOSE AUTOMATIC STAY**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: March 24, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Gary D. Adams*
*Case No.: 19-14488-ABA*
Order Denying Motion to Impose Automatic Stay
Page | 2

---

**THIS MATTER** having come before the court by a motion styled "Motion to Impose Automatic Stay and to Fix Damages for Willful Violation of Stay" filed by the debtor (Doc. No. 23); and Everbank and Nationstar (the "Respondents") opposed the motion (Doc. No. 28); and after a hearing held March 15, 2022; and

For the reasons set forth on the record and in a Letter Opinion entered simultaneously herewith; and for good cause shown; it is

**ORDERED** that the debtor's Motion to Impose Automatic Stay and to Fix Damages for Willful Violation of Stay is DENIED.

United States Bankruptcy Court

District of New Jersey

In re:  
Gary D Adams  
    Debtor

Case No. 19-14488-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Mar 24, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary D Adams, P.O. Box 2, Voorhees, NJ 08043-0002 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Kasen | on behalf of Debtor Gary D Adams dkasen@kasenlaw.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| James French | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER jfrench@mwc-law.com nj-ecfmail@ecf.courtdrive.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 24, 2022 | Form ID: pdf903 | Total Noticed: 1

Jane L. McDonald
          on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jennifer R. Gorchow
          on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Raymond Shockley, Jr
          on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9